1  STEPHENSON, ACQUISTO & COLMAN
2  MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
   BARRY SULLIVAN, ESQ.                (SBN 136571)
3  RICHARD A. LOVICH, ESQ.             (SBN 113472)
4  MICHAEL S. ROBINSON, ESQ.           (SBN 217190)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:  (818) 559-5484

8  Attorneys for Plaintiff
9  STANFORD HOSPITAL AND CLINICS, a California non-profit public
   benefit corporation

10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14

| STANFORD HOSPITAL AND CLINICS, a California non-profit public benefit corporation, | Case No.: 3:12-cv-05273-WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(2)** |
| vs. | |
| HAWAII MANAGEMENT ALLIANCE ASSOCIATION, dba HAWAII MEDICAL ASSURANCE ASSOCIATION, a Hawaii domestic mutual benefit society, and DOES 1 THROUGH 25, INCLUSIVE, | |
| Defendants. | |

////

9357                    - 1 -    STIPULATION AND [PROPOSED] ORDER FOR
                                 VOLUNTARY DISMISSAL WITH PREJUDICE
                                 UNDER RULE 41(a)(2)

## STIPULATION

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff STANFORD HOSPITAL AND CLINICS, a California non-profit public benefit corporation ("Stanford") and defendant HAWAII MANAGEMENT ALLIANCE ASSOCIATION, dba HAWAII MEDICAL ASSURANCE ASSOCIATION, a Hawaii domestic mutual benefit society ("Hawaii Management"), acting by and through their counsel of record, stipulate and agree that this action should be dismissed, in its entirety, with prejudice.

Dated: May 14, 2013

STEPHENSON, ACQUISTO & COLMAN

/s/ Michael S. Robinson

MICHAEL S. ROBINSON
Attorneys for
STANFORD HOSPITAL AND CLINICS,
a California non-profit public benefit
corporation

Dated: May 14, 2013

TRUCKER HUSS

/s/ Clarissa A. Kang

CLARISSA A. KANG
Attorneys for
HAWAII MANAGEMENT ALLIANCE
ASSOCIATION

## ORDER

Based on the foregoing stipulation, and good cause appearing therefore, the Court ORDERS that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is dismissed, in its entirety, with prejudice.

DATED: __May 14, 2013._____



_____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE

9357

- 3 -

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(2)