STEPHENSON, ACQUISTO & COLMAN
MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ. (SBN 136571)
RICHARD A. LOVICH, ESQ. (SBN 113472)
MICHAEL S. ROBINSON, ESQ. (SBN 217190)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
STANFORD HOSPITAL AND CLINICS, a California non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII MANAGEMENT ALLIANCE ASSOCIATION, dba HAWAII MEDICAL ASSURANCE ASSOCIATION, a Hawaii domestic mutual benefit society, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 3:12-cv-05273-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(2)** |

////

## STIPULATION

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff STANFORD HOSPITAL AND CLINICS, a California non-profit public benefit corporation ("Stanford") and defendant HAWAII MANAGEMENT ALLIANCE ASSOCIATION, dba HAWAII MEDICAL ASSURANCE ASSOCIATION, a Hawaii domestic mutual benefit society ("Hawaii Management"), acting by and through their counsel of record, stipulate and agree that this action should be dismissed, in its entirety, with prejudice.

Dated: May 14, 2013

STEPHENSON, ACQUISTO & COLMAN

/s/ Michael S. Robinson

---
MICHAEL S. ROBINSON
Attorneys for
STANFORD HOSPITAL AND CLINICS,
a California non-profit public benefit corporation

Dated: May 14, 2013

TRUCKER HUSS

/s/ Clarissa A. Kang

---
CLARISSA A. KANG
Attorneys for
HAWAII MANAGEMENT ALLIANCE ASSOCIATION

## ORDER

Based on the foregoing stipulation, and good cause appearing therefore, the Court ORDERS that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is dismissed, in its entirety, with prejudice.

DATED: ____May 14, 2013._____



Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE